1  MCGUIREWOODS LLP
   Leslie M. Werlin #67994
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4
   Attorneys for Andreas Stihl AG & Co. KG and Stihl Incorporated
5

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS STIHL AG & CO. KG, a German corporation; and STIHL INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAILEY'S INC., a California corporation; and WOODLAND INTERNATIONAL, INC., a California corporation,<br><br>Defendant. | CASE NO. CV 08 0362<br><br>CERTIFICATE OF INTERESTED PARTIES |

5009203.1

CERTIFICATE OF INTERESTED PARTIES

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      The undersigned, counsel of record for Andreas Stihl AG & Co. KG and Stihl

3  Incorporated, certify that no other parties other than the named plaintiffs have a direct pecuniary

4  interest in the outcome of this case. Neither Andreas Stihl AG & Co. KG nor Stihl Incorporated is

5  a parent, subsidiary or affiliate of any publicly owned corporation. These representations are made

6  to enable the Court to evaluate possible disqualification or recusal.

                        McGuireWoods LLP

                        By:  _____
                              Leslie M. Werlin
                        Attorneys for Andreas Stihl AG & Co. KG and
                        Stihl Incorporated

5009203.1

2

CERTIFICATE OF INTERESTED PARTIES