MCGUIREWOODS LLP
Leslie M. Werlin #67994
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
lwerlin@mcguirewoods.com

Attorneys for Andreas STIHL AG & Co. KG
and STIHL Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAS STIHL AG & CO. KG, a German company; and STIHL INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BAILEY'S INC., a California corporation; and WOODLAND INTERNATIONAL, INC., a California corporation,<br><br>Defendants. | CASE NO. 3:08-cv-00362-MEJ<br><br>**FINAL CONSENT JUDGMENT** |

The Parties, having informed the Court that they have reached an agreement with respect to a full and final compromise and settlement of all matters and all causes of action related to the above-captioned lawsuit, and having requested entry of this Consent Decree; and,

It appearing to the Court that the entry of this Consent Decree is warranted;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1. Andreas STIHL AG & Co. KG is a privately-held company organized and existing under the laws of the Federal Republic of Germany, with its principal place of business at Badstrasse 115, 71336 Waiblingen, Federal Republic of Germany.

5045344.1

FINAL CONSENT JUDGMENT

2. STIHL Incorporated is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at Oceana West Industrial Park, 536 Viking Drive, Virginia Beach, Virginia 23452. STIHL Incorporated is the sole importer into the United States of products manufactured by Andreas STIHL AG & Co. KG and has been assigned the right to enforce Andreas STIHL AG & Co. KG's patents in the United States.

3. Bailey's, Inc. is a corporation organized and existing under the laws of the State of California, having a principal place of business located at 44650 Highway 101, Laytonville, California 95454.

4. Woodland International, Inc. is a corporation organized and existing under the laws of the State of California, having a place of business located in Laytonville, California 95454.

5. On January 18, 2008, STIHL brought claims against Bailey's, Inc. and Woodland International, Inc. for infringement of U.S. Patent No. 6,079,582 and U.S. Patent No. 5,320,240 (the "STIHL Patents").

6. By the signature of their counsel below, Bailey's, Inc. and Woodland International, Inc. have made a general appearance in this lawsuit, expressly waive formal service of process, and submit to the jurisdiction of this Court.

7. This Court has jurisdiction over these parties and the subject matter herein, and venue is proper in this judicial district and division.

8. U.S. Patent No. 6,079,582 and U.S. Patent No. 5,320,240 (the "STIHL Patents") are valid and enforceable; and

9. Bailey's, Inc., Woodland International, Inc., and their respective officers, agents, servants, employees, and those persons in active concert or participation with Bailey's, Inc., and Woodland International, Inc., are permanently enjoined from directly or indirectly making, using, offering to sell, or selling within the United States or importing into the United States the STIHL Fuel/Oil Cap (Flip Top Style) FCS 044 01, STIHL Oil Cap (Flip Top Style) FCS 024 01, and any

1  of the inventions claimed in the STIHL Patents.

2      IT IS SO ORDERED.

3      The Clerk is directed to send a copy of this Order to all counsel of record.

4

5  Date: _____

                                                  United States District Judge

WE ASK FOR THIS:

_____
Leslie M. Werlin #67994
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067

Attorneys for Andreas STIHL AG & Co. KG and
STIHL Incorporated

SEEN AND AGREED TO:

_____
Christopher J. Neary (CA Bar No. 69220)
Attorney at Law
110 South Main Street, Suite C
Willits, CA 95490
cjneary@pacific.net

Attorney for Bailey's, Inc. and
Woodland International, Inc.